# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; AND WAYPORT, INC.,<br><br>  Defendants<br><br>and<br><br>SIERRA WIRELESS AMERICA, INC.,<br><br>  Intervenor. | Civil Action No. 12-cv-193-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AT&T MOBILITY LLC;  AT&T MOBILITY II LLC; NEW CINGULAR WIRELESS SERVICES, INC.; SBC INTERNET SERVICES, INC.; AND WAYPORT, INC.,<br><br>  Defendants. | Civil Action No. 13-cv-1631-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. AND T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1632-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC. AND T-MOBILE US, INC.,<br><br>    Defendants. | Civil Action No. 13-cv-1633-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1634-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXTEL OPERATIONS, INC. AND SPRINT SPECTRUM L.P.,<br><br>    Defendants. | Civil Action No. 13-cv-1635-LPS<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1636-LPS<br><br>JURY TRIAL DEMANDED |
| INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CELLULAR CORPORATION,<br><br>    Defendant. | Civil Action No. 13-cv-1637-LPS<br><br>JURY TRIAL DEMANDED |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND FACT DISCOVERY**

The parties are currently engaged in a substantial amount of discovery, with several dozen depositions scheduled between now and the August 31, 2015, discovery cutoff. The parties have met and conferred regarding a large number of outstanding issues and believe that a short extension of the discovery deadline will facilitate resolving many of those issues.

Accordingly, the parties hereby agree, subject to the approval of the Court, that the Second Scheduling Order entered on June 8, 2015 (D.I. 537) is further amended as follows:

1. The deadline for completion of fact discovery (see, D.I. 537 at para. 3) is extended from August 31, 2015, to September 30, 2015.

2. Other than for good cause shown, the deadline for initiating discovery against a party shall be extended to August 3, 2015, but shall otherwise remain governed by the Second

Scheduling Order entered on June 8, 2015 (D.I. 537). For clarity, the last date to serve written discovery requests on a party by hand is August 3, 2015. The last date for noticing depositions shall remain governed by Local Rule 30.1 of Civil Practice and Procedure of the United States District Court for the District of Delaware as if the discovery deadline were August 31, 2015. The foregoing limits on the timing of party discovery do not apply to non-party discovery or with respect to discovery concerning the authenticity of evidence or whether evidence qualifies as prior art, and the parties anticipate working with one another to identify evidence for which there is a factual dispute concerning authenticity or qualification as prior art so that discovery on such items can be completed in an orderly and timely manner.

       3.     The deadlines for final infringement and invalidity contentions, and expert discovery (see, D.I. 537 at paras. 3.b.i, 3.b.ii, 4.a, and 4.b.i) are extended for 30 days as follows:

Final infringement contentions: October 14, 2015;

Final invalidity contentions: November 6, 2015;

Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony: December 18, 2015;

Supplemental disclosure to contradict or rebut evidence on the same matter: May 2, 2016;

Reply expert reports: July 1, 2016;

Expert discovery will close on September 30, 2016.

Dated: July 31, 2015

FARNAN LLP

*/s/ Brian E. Farnan*
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs*
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
jying@mnat.com

*Attorneys for T-Mobile USA, Inc., T-Mobile US, Inc., Nextel Operations, Inc. and Sprint Spectrum, L.P.*

Respectfully submitted,

ROSS ARONSTAM & MORITZ LLP

/s/ *Benjamin J. Schladweiler*
Benjamin J. Schladweiler (#4601)
100 South West Street, Suite 400
Wilmington, DE 19801
(302) 576-1600
bschladweiler@rampllp.com

*Attorneys for AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless Services, Inc., SBC Internet Services, Wayport, Inc., and Cricket Wireless LLC.*

RICHARDS, LAYTON & FINGER, P.A.

/s/ *Katharine C. Lester*
Gregory P. Williams (#2168)
Steven J. Fineman (#4025)
Katharine C. Lester (#5629)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
williams@rlf.com
fineman@rlf.com
lester@rlf.com

*Attorneys for United States Cellular Corporation*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*
Thomas C. Grimm (#1098)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
jtigan@mnat.com

*Attorneys for Sierra Wireless America Inc.*

IT IS SO ORDERED this \_\_\_ day of _____, 2015.

_____
The Honorable Leonard P. Stark